EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* A. ESTEVA VIDAL, acusado y apelante.

No. 3825.—*Sometido:* Junio 28, 1929. *Resuelto:* Julio 12, 1929.

*A. Lens Cuena* y *Francisco Susoni,* abogados del apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

A Esteva Vidal fué denunciado por haber empleado a mujeres que trabajaron diez horas el día 29 de agosto de 1928, en la manufactura de trajes de niños y otros artículos que tiene establecida en Arecibo. Oída la prueba, la corte lo condenó como autor de una infracción a la ley regulando el trabajo de mujeres y niños de 1919, a pagar una multa de veinticinco dólares. No conforme, apeló para ante este tribunal, señalando como único error el cometido a su juicio por la corte al apreciar la prueba.

La evidencia presentada por el fiscal consistió en la

declaración del inspector del Negociado del Trabajo del Gobierno Insular, Miguel Mascaró, quien, en parte, declaró como sigue:

"En cumplimiento de nuestro deber fuimos a vigilar el taller de este señor, y observamos la entrada de las trabajadoras por la mañana. P.—¿A qué hora entraron? Debían entrar a las ocho de la mañana y a esa hora entraron, y después, a la hora de salida, a las doce, también salieron a esa hora. A la una y treinta minutos, momentos antes estuvimos allí y las vimos entrar a esa hora que es la que marca el aviso, y a las cinco y treinta minutos salieron, y se cumplieron las ocho horas de ley. Pero más tarde, a las siete menos cuarto de la noche, nos instalamos frente al establecimiento y vimos que entraban al trabajo de nuevo y estuvieron hasta las nueve; y entramos en el taller y hablamos con el patrono y con las propias trabajadoras. P.—¿Dónde está el taller? En la calle Nueva de Arecibo. P.—Las que trabajaban allí ¿qué personas eran? Entre una porción más, las que están citadas. P.—¿Mujeres? Sí, señor. P.—¿En qué trabajaban? Unas planchando y otras en trajes, en trabajos de trajes de niños. P.—El taller ¿de qué es? De calados y bordados y manufactura de trajes de niños."

Y a repreguntas de la defensa:

".—¿Sabe si todo el tiempo que estuvieron en el establecimiento estuvieron trabajando? No estuve el día. Solamente que las vi entrar a la hora de trabajo y salir a la hora, y me manifestaron que estaban trabajando."

La contestación no fué objetada.

Luego presentó el fiscal a Guillermina Lugo, una de las mujeres que en la denuncia se alega que trabajaron diez horas. Declaró que había estado en el taller por la mañana, por la tarde y por la noche, pero que no se trabajó por la tarde porque no había trabajo preparado.

Luis F. Machicote, otro inspector, declaró en forma parecida a Mascaró.

Por la defensa declaró el propio acusado. Su declaración es vaga. Termina así:

"¿Puede informar a la Corte si esas mujeres trabajaron más

de ocho horas ese día? No trabajaron las ocho horas ni tampoco trabajaron las cuarenta y ocho horas a la semana.''

A nuestro juicio la prueba sostiene la sentencia. Existe la directa observación de los inspectores en cuanto a entradas y salidas del taller, que constituye una prueba circunstancial suficiente y además el dicho de las operarias a los inspectores no objetado por el acusado.

Es cierto que una testigo del propio fiscal tiende a destruir el cargo, pero a la declaración de esa testigo no dió crédito la corte. ¿Cómo era posible que si no había trabajo por la tarde se quedaran las operarias en el taller desde la 1:30 hasta las 5:30? Además, la corte seguramente tuvo en cuenta las relaciones de la testigo con el acusado para decidir sobre el crédito que debía dar a su declaración.

*Debe confirmarse la sentencia recurrida.*